I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 7-8-2014

DEPUTY CLERK

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL - 8 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALFRED KING,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>KEVIN CHAPPELL,<br><br>　　　　Respondent. | Case No. CV 13-08876 SJO (AN)<br><br>ORDER ACCEPTING THE FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R") relating to Respondent's Motion to Dismiss [8] the Petition [1], Petitioner's Motion Requesting Permission to File Late Objections [15] to the R&R, and the corresponding Objections [16]. Further, the Court has completed a *de novo* review of those portions of the R&R to which Petitioner has objected.

    IT IS ORDERED that:

    1.    Petitioner's Motion Requesting Permission to File Late Objections is GRANTED.

    2.    The Objections are overruled for the reasons set forth in the R&R, and because they are supported exclusively by state law, which has no bearing on this

1 Court's determination. *See* 28 U.S.C. § 2254(a).

2     3.    The Court accepts the findings and recommendation of the R&R. The Court also finds Petitioner's relevant parole consideration hearing complied with the Due Process Clause, *Swarthout v. Cooke*, 562 U.S. ---, 131 S. Ct. 859 (2011) (per curiam); *Greenholtz v. Inmates of Nebraska Penal & Correctional Complex*, 442 U.S. 1, 16, 99 S. Ct. 2100 (1979), and that all other challenged aspects of his sentence or incarceration are time-barred.

    4.    Respondent's Motion to Dismiss the Petition is granted for the reasons, and in the manner, discussed in the R&R.

    4.    Judgment shall be entered denying the Petition and dismissing this action with prejudice.

    5.    Any other pending motions are denied as moot and terminated.

IT IS FURTHER ORDERED that the clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: __7/3__, 2014

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE