I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL ~~Petitioner~~
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 7-8-2014

DEPUTY CLERK

JS-6

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL - 8 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| ALFRED KING, | Case No. CV 13-08876 SJO (AN) |
|     Petitioner, | |
|     v. | JUDGMENT |
| KEVIN CHAPPELL, | |
|     Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: _____7/3/17_____, 2014

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE